UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>James McNamara | No. 22 CR 625<br><br>Hon. Sunil R. Harjani |

**ORDER**

Initial appearance proceedings held. Defendant self-surrendered on 11/30/2022. Defendant informed of his rights. Removal proceedings held. Defendant waives the preliminary examination and identity hearing; the Court finds that the defendant is the person named in the arrest warrant. Government and defendant agreed to conditions of release. Defendant ordered released upon completion of the USMS processing. Defendant ordered removed to the District of Columbia and must appear via Zoom status on 12/8/2022 at 1:00 p.m. EST.

Date: 11/30/2022

_____
HON. SUNIL R. HARJANI

Time: 15 minutes